IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN FOGIE,
     Petitioner,

vs.                             Case No.: 3:04cv445/MCR/EMT

SHERIFF RON MCNESBY,
     Defendant.

---

## REPORT AND RECOMMENDATION

     This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1).  Petitioner failed to pay the filing fee or apply for leave to proceed in forma pauperis ("IFP"), therefore, on December 16, 2004, this court entered an order directing him to pay the fee of $5.00 or submit an IFP motion within thirty (30) days (Doc. 3).  Additionally, the court directed Petitioner to file an amended petition (*id.*).

     Although a copy of the order was mailed to Petitioner at the address he provided, the order was returned to the court by the United States Postal Service marked "No Such Number" (Doc. 4).  On January 31, 2005, this Court issued an order requiring Petitioner to show cause, within twenty (20) days, why this action should not be dismissed for failure to respond to the previous order but, not surprisingly, the copy of the show cause order mailed to Petitioner was again returned by the Postal Service (*see* Docs. 6, 7).

     Petitioner has a duty to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.  Petitioner has provided this Court with no notification of his correct address.  He has filed nothing, not even the $5.00 filing fee, since December 13, 2004, the date of filing of his initial pleading.  In short, he has given no indication he intends to proceed in this action.  Therefore, this action should be dismissed for Petitioner's failure to prosecute and failure to comply with the order requiring him

to submit an amended petition and pay the filing fee or submit an IFP motion.  *See* N.D. Fla. Loc.
R. 41.1.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to
prosecute and failure to comply with an order of the court.

At Pensacola, Florida, this 17th day of March, 2005.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within
ten days after being served a copy thereof.  A copy of objections shall be served upon all other
parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28
U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**