**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STEVEN FOGIE,

    Petitioner,

vs.                                  Case No.: 3:04cv445/MCR/EMT

SHERIFF RON MCNESBY,

    Defendant.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 17, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED without prejudice** for Petitioner's failure to prosecute and failure to comply with an order of the court.

    **DONE AND ORDERED** this 28th day of April, 2005.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**